Robert M. HOWARD–PINSON,
Petitioner–Appellant,

v.

ARMY CLEMENCY & PAROLE
BOARD, Respondent–
Appellee.

No. 06–7560.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 25, 2007.

Decided: May 1, 2007.

Robert M. Howard–Pinson, Appellant Pro Se. Steven Michael Ranieri, Brian Eugene Bentley, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WILLIAMS, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert M. Howard–Pinson appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition challenging his military convictions. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *See Howard–Pinson v. Army Clemency & Parole Bd.*, No. 1:05–cv–01157–CMH (E.D. Va. filed July 10, 2006 & entered July 11, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*